UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JUNIOR RICKETTS

    Defendant.

---

10-CR- 403-HBS

**ORDER**

The parties, Edward H. White, Assistant United States Attorney on behalf of the Government, and Fonda Dawn Kubiak, Assistant Federal Public Defender for the defendant, having appeared on August 8, 2012, for a status,

And the Court having considered the issues raised by both defense counsel and the government requesting an evaluation of the defendant's ability to stand trial under 18 U.S.C. §4241.

And the Government having joined in the request, the Court grants defense counsel's request for an evaluation under under 18 U.S.C. §§ 4241, and it is hereby

**ORDERED** that pursuant to 18 U.S.C. §4241(d)(I) defendant remain in the custody of the Attorney General for such examination and treatment for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward, and it is further

AO 72A
(Rev. 8/82)

**ORDERED** that the Attorney General return defendant to the court, together with a report on his competency to proceed and sanity at the time of the offense within such time period, and it is further

**ORDERED** that counsel for the parties and the defendant shall appear before this Court 10 days following the receipt of the competency report, for a status conference or, if necessary, a hearing to determine whether the defendant suffers from a mental disease, or defect as a result of which he is unable to proceed to trial, and it is further

**ORDERED** that the United States Marshals Service transport defendant to and from a medical facility designated by the Attorney General for such examination.

**SO ORDERED.**

_____
**HONORABLE HUGH B. SCOTT**
**United States Magistrate Judge**

Dated: August 10, 2012
**Buffalo, New York**

AO 72A
(Rev. 8/82)